FILED
AUG 2 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  STEPHEN P. CONNOR
   ANNE-MARIE E. SARGENT
2  CONNOR & CHUNG, PLLC
   999 Third Avenue, Suite 4200
3  Seattle, Washington 98104
   Telephone: 206.654.5050
4  Fax: 206.624-5469
5  Attorneys for Plaintiff
   LAUREN TARLECKI
6
   ARTHUR M. EIDELHOCH, Bar No. 168096
7  LAURA E. HAYWARD, Bar No. 204014
   LITTLER MENDELSON
8  A Professional Corporation
   650 California Street, 20th Floor
9  San Francisco, CA 94108
   Telephone: 415.433.1940
10 Fax: 415.434.2302
   Attorneys for Defendant
11 BEBE STORES, INC.

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14                  SAN FRANCISCO DIVISION
15

| | |
|---|---|
| LAUREN TARLECKI, on behalf of herself and a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>BEBE STORES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-05-01777-MHP<br><br>**STIPULATION TO CONDUCT CASE MANAGEMENT CONFERENCE TELEPHONICALLY**<br><br>Date: September 1, 2005<br>Time: ~~3:00 p.m.~~ 10:00 AM<br>Courtroom: 15<br>Judge: Honorable Marilyn Hall Patel |

Pursuant to this Court's Civil Local Rules 16-10(a), the parties stipulate to conduct the Case Management Conference telephonically. The Case Management Conference,

STIPULATION TO CONDUCT CASE MANAGEMENT
CONFERENCE TELEPHONICALLY
(C05-01777 MHP) - 1

CONNOR & CHUNG, PLLC
999 Third Avenue Suite 4200
Seattle WA 98104-4090
(206) 654-5050 • FAX: (206) 624-5469

1 previously scheduled for August 29, 2005, at 4:00 p.m. in Courtroom 15, is rescheduled for September 1, 2005, at 10:00 AM. While counsel for Defendant bebe Stores, Inc. is able to appear in person at the regularly scheduled conference, Defendant will stipulate to appear telephonically in order to accommodate counsel for Plaintiff's schedule.

Dated: August _____, 2005

ANNE-MARIE E. SARGENT
CONNOR & CHUNG PLLC
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: August 24, 2005

ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BEBE STORES, INC.

STIPULATION TO CONDUCT CASE MANAGEMENT
CONFERENCE TELEPHONICALLY
(C05-01777 MHP) - 2

CONNOR & CHUNG, PLLC
999 Third Avenue Suite 4200
Seattle WA 98104-4090
(206) 654-5050 • FAX: (206) 624-5469

1 | previously scheduled for August 29, 2005, at 4:00 p.m. in Courtroom 15, is rescheduled for
2 | September 1, 2005, at ~~3:00 p.m.~~ *10:00 AM*. While counsel for Defendant bebe Stores, Inc. is able to
3 | appear in person at the regularly scheduled conference, Defendant will stipulate to appear
4 | telephonically in order to accommodate counsel for Plaintiff's schedule.
5 | Dated: August 24, 2005

[Signature]
ANNE-MARIE E. SARGENT
CONNOR & CHUNG PLLC
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: August ____, 2005

_____
ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BEBE STORES, INC.

STIPULATION TO CONDUCT CASE MANAGEMENT
CONFERENCE TELEPHONICALLY
(C05-01777 MHP) - 2

CONNOR & CHUNG, PLLC
999 Third Avenue Suite 4200
Seattle WA 98104-4090
(206) 654-5050 • FAX: (206) 624-5469

1  Based on the above stipulation of the parties, it is ORDERED that the case
2  management conference will be held telephonically. The Court will provide instructions to
3  the parties in advance of the conference.
4  DONE this 26 day of August, 2005.

   _____
   The Honorable Marilyn H. Patel
   United States District Judge

STIPULATION TO CONDUCT CASE MANAGEMENT
CONFERENCE TELEPHONICALLY
(C05-01777 MHP) - 3

CONNOR & CHUNG, PLLC
999 Third Avenue Suite 4200
Seattle WA 98104-4090
(206) 654-5050 • FAX: (206) 624-5469