ARTHUR M. EIDELHOCH, Bar No. 168096
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
BEBE STORES, INC.

STEPHEN P. CONNOR
ANNE-MARIE SARGENT
CONNOR & SARGENT PLLC
999 Third Avenue, Suite 4200
Seattle, Washington 98104
Telephone: 206.654.5050
Facsimile: 206.624.5469

GARY F. LYNCH
CARLSON LYNCH LTD.
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107
Telephone: 724.666.1555
Facsimile: 724.666.1556

Attorneys for Plaintiff
LAUREN TARLECKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN TARLECKI, on behalf of herself and a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>BEBE STORES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-05-01777 MHP<br><br>**STIPULATION AND ORDER RE HEARING ON MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

STIP/ORDER RE HEARING ON CLASS CERT AND CMC

CASE NO. C 05 01777 MHP

# STIPULATION

WHEREAS, this lawsuit is pled by Plaintiff Lauren Tarlecki as a putative collective action under the Fair Labor Standards Act on behalf of current and former bebe sales specialists;

WHEREAS, this Court's Order Setting Initial Case Management Conference includes hearing dates for certain motions and other deadlines, including a May 15, 2006 hearing on any Motion for Class Certification;

WHEREAS, pursuant to the Court's directive, the parties agreed upon a briefing schedule for Plaintiff's anticipated Motion for Class Certification;

WHEREAS, to enable the parties to continue discussions regarding resolution of this matter, the parties, as represented by their respective counsel of record, hereby STIPULATE, AGREE and REQUEST AN ORDER as follows:

1. The May 15, 2006 date for Plaintiff to be heard on any motion to certify this lawsuit as a collective action shall be continued to June 29, 2006, or to the first date thereafter on which the parties may be heard.

2. Any and all applicable statutes of limitation or repose, including requirements for the filing of individual claim or opt-in forms by participants in this prospective collective action, relating to all claims which have been or may be asserted by the Plaintiff or others pertaining to the practices which form the basis for the sole cause of action in the complaint, including additional state law claims, shall be deemed tolled for the period from February 28, 2006 through April 14, 2006 provided, however, that if counsel for Defendant provides counsel for Plaintiff written notice of either Defendant's decision to discontinue such stipulated tolling or to continue it for a longer period of time, the tolling shall be effective for the period from February 28, 2006 to the date of Plaintiff's counsel's receipt of written notification of discontinuance or the later date identified by counsel for Defendant. Defendant shall not invoke as a defense in the present or any subsequent related action, the running of any such statute during said period, but does not waive and specifically preserves all other defenses and positions.

STIP/ORDER RE HEARING ON CLASS CERT AND CMC    1.    CASE NO. C 05 01777 MHP

3. The briefing schedule currently agreed upon for said certification motion will be continued by the same number of days as the hearing date. If a filing date shall fall on a holiday or weekend day, the filing date shall be the next regular Court day, or as otherwise agreed by the parties.

4. The parties request a telephonic case management conference with the Court at a date and time that is convenient to the Court in late April or early May 2006 to discuss the status of this case and whether other dates currently set in this case should be continued.

5. The foregoing is in the best interest of the parties, including putative class members.

IT IS SO STIPULATED.

Dated: March 21, 2006

*Stephen P. Connor by Arthur M. Eidelhoch as authorized*
STEPHEN P. CONNOR
ANNE-MARIE SARGENT
CONNOR & SARGENT PLLC
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: March 21, 2006

*Gary F. Lynch by Arthur M. Eidelhoch as authorized*
GARY F. LYNCH
CARSON LYNCH LTD.
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: March 21, 2006

*Arthur M. Eidelhoch*
ARTHUR M. EIDELHOCH
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BEBE STORES, INC.

STIP/ORDER RE HEARING ON CLASS CERT AND CMC — 2. — CASE NO. C 05 01777 MHP

**ORDER**

Having considered the parties' Stipulation re Hearing on Motion for Class Certification and Case Management Conference, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

1. The May 15, 2006 hearing date on Plaintiff's motion to certify this lawsuit as a collective action shall be continued by approximately forty-five (45) days to July 3, 2006 at 2:00 a.m./p.m.

2. A ~~telephonic~~ Case Management Conference to discuss the status of this case and whether other dates currently set in this case should be continued shall occur on July 3, 2006 at 2:00 a.m./p.m.

IT IS SO ORDERED.

Dated: March 22, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel

Firmwide:80921404.1 028164.1044

STIP/ORDER RE HEARING ON CLASS CERT AND CMC   1.   CASE NO. C 05 01777 MHP