1  STEPHEN P. CONNOR
   ANNE-MARIE E. SARGENT
2  CONNOR & SARGENT PLLC
   999 Third Avenue, Suite 4200
3  Seattle, Washington 98104
   Telephone: 206.654.5050
4  Fax: 206.624.5469

5
   ARTHUR M. EIDELHOCH, Bar No. 168096
6  LAURA E. HAYWARD, Bar No. 204014
   LITTLER MENDELSON
7  A Professional Corporation
   650 California Street, 20th Floor
8  San Francisco, CA 94108
   Telephone:    415.433.1940
9  Facsimile:    415.399.8490

10
   Attorneys for Defendant
11 BEBE STORES, INC.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  LAUREN TARLECKI, on behalf of herself and a class of similarly situated employees, | Case No. C-05-01777-MHP |
| Plaintiffs, | STIPULATION TO STRIKE PLAINTIFF'S MOTION TO FACILITATE NOTICE PURSUANT TO SECTION 16(B) OF THE FAIR LABOR STANDARDS ACT AND HOLD JULY 17 HEARING DATE FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| v. | |
| BEBE STORES, INC., a Delaware corporation, | |
| Defendant. | |

STIPULATION TO STRIKE MOTION AND HOLD JULY        CONNOR & SARGENT PLLC
17 HEARING DATE FOR PRELIMINARY APPROVAL              999 Third Avenue Suite 4200
OF SETTLEMENT (C05-01777 MHP) - 1                        Seattle WA 98104-4090
                                                  (206) 654-5050 • FAX: (206) 624-5469

## STIPULATION

WHEREAS, this lawsuit is pled by Plaintiff Lauren Tarlecki as a putative collective action under the Fair Labor Standards Act on behalf of current and former bebe sales specialists;

WHEREAS, this Court's most recent Order (which appears to be undated) to Continue Hearing Motion for Class Certification and Case Management Conference set the hearing on any Motion for Class Certification and a Case Management Conference on July 17, 2006 at 3:11 p.m;

WHEREAS, Plaintiff's Motion to Facilitate Notice Pursuant to Section 16(B) of the Fair Labor Standards Act was due and filed June 6, because the parties had not reached a settlement agreement by that date;

WHEREAS, the parties continued to discuss the resolution of this matter, and, with the assistance of mediator Judge Infante (Retired), reached a preliminary settlement on June 9, 2006, of the primary terms related to the class;

WHEREAS, the parties, through their respective counsel of record, hereby STIPULATE, AGREE and REQUEST AN ORDER as follows:

1. Plaintiff's Motion to Facilitate Notice Pursuant to Section 16(B) of the Fair Labor Standards Act be stricken from this Court's calendar.

2. The Court allow the parties to present preliminary approval of the settlement at currently scheduled July 17, 2006 hearing date.

3. The foregoing is in the best interest of the parties, including putative class members.

IT IS SO STIPULATED.

1  Dated: June 26, 2006

_____
STEPHEN P. CONNOR
ANNE-MARIE SARGENT
CONNOR & SARGENT PLLC
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: June 26, 2006

per telephone authorization

_____
GARY F. LYNCH
CARSON LYNCH LTD.
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: June 27, 2006

per telephone authorization

_____
ARTHUR M. EIDELHOCH
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BEBE STORES, INC.

**ORDER**

Having considered the parties' Stipulation, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

Plaintiff's Motion to Facilitate Notice Pursuant to Section 16(B) of the Fair Labor Standards Act is stricken.

The July 17, 2006 hearing date will be kept to hear preliminary approval of the class settlement.

IT IS SO ORDERED.

Dated: June 27, 2006



MARILYN H. PATEL
U.S.D.

IT IS SO ORDERED
Judge Marilyn H. Patel