ARTHUR M. EIDELHOCH, Bar No. 168096
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
BEBE STORES, INC.

STEPHEN P. CONNOR
ANNE-MARIE SARGENT
CONNOR & SARGENT PLLC
999 Third Avenue, Suite 4200
Seattle, Washington 98104
Telephone: 206.654.5050
Facsimile: 206.624.5469

GARY F. LYNCH
CARLSON LYNCH LTD.
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107
Telephone: 724.666.1555
Facsimile: 724.666.1556

Attorneys for Plaintiff
LAUREN TARLECKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN TARLECKI, on behalf of herself and a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>BEBE STORES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-05-01777 MHP<br><br>**STIPULATION AND ORDER TO TAKE JULY 17, 2006 HEARING DATE FOR PRELIMINARY APPROVAL OF SETTLEMENT OFF CALENDAR** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

STIP/ORDER RE TAKE HEARING DATE OFF CALENDAR

CASE NO. C 05 01777 MHP

## STIPULATION

The parties to this action hereby request that the hearing date of July 17, 2006, for preliminary approval of settlement in this case be taken off calendar.

IT IS SO STIPULATED.

Dated: July 14, 2006

_Gary Lynch, by Arthur Eidelhoch per telephone authorization_
GARY F. LYNCH
CARSON LYNCH LTD.
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: July 14, 2006

_/s/ Arthur M. Eidelhoch_
ARTHUR M. EIDELHOCH
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BEBE STORES, INC.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

STIP/ORDER RE TAKE HEARING DATE OFF CALENDAR       1.       CASE NO. C 05 01777 MHP

## ORDER

Having considered the parties' Stipulation to Take the July 17, 2006 Hearing Date For Preliminary Approval of Settlement Off Calendar and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The July 17, 2006 hearing date is taken off calendar.

IT IS SO ORDERED.

Dated: July 14, 2006

_____
MARILYN HALL PATEL



Firmwide:81302760.1 028164.1044