ARTHUR M. EIDELHOCH, Bar No. 168096
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
BEBE STORES, INC.

STEPHEN P. CONNOR
ANNE-MARIE SARGENT
CONNOR & SARGENT PLLC
999 Third Avenue, Suite 4200
Seattle, Washington 98104
Telephone: 206.654.5050
Facsimile: 206.624.5469

GARY F. LYNCH
CARLSON LYNCH LTD.
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107
Telephone: 724.656.1555
Facsimile: 724.656.1556

Attorneys for Plaintiff
LAUREN TARLECKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN TARLECKI, on behalf of herself and a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>BEBE STORES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-05-01777 MHP<br><br>**STIPULATION AND ORDER CONTINUING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916.561.5300

STIPULATION AND ORDER CONTINUING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

CASE NO. C 05 01777 MHP

Case 3:05-cv-01777-MHP Document 243 Filed 12/28/2006 Page 2 of 3

## STIPULATION

WHEREAS, this lawsuit is now pled by Plaintiff Lauren Tarlecki as a putative collective action under the Fair Labor Standards Act on behalf of current and former bebe sales specialists;

WHEREAS, the parties have reached a settlement of this matter which involves a stipulation to class certification for settlement purposes only;

THEREFORE, the parties STIPULATE, AGREE and REQUEST AN ORDER as follows:

1. The parties shall file a motion for preliminary approval of their settlement on or before January 22, 2007.

2. The parties' Motion for Preliminary Approval shall be heard on February 5, 2007 or the first date thereafter that the Court is available to hear the motion.

3. The foregoing is in the best interest of the parties, including putative class members.

IT IS SO STIPULATED.

Dated: December 27 2006

_Arthur M. Eidelhoch for Gary F. Lynch as authorized_
GARY F. LYNCH
CARSON LYNCH LTD.
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: December 26, 2006

_Arthur M. Eidelhoch_
ARTHUR M. EIDELHOCH
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BEBE STORES, INC.

STIPULATION AND ORDER CONTINUING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

2.

CASE NO. C 05 01777 MHP

## ORDER

Having considered the parties' STIPULATION CONTINUING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

1. The parties shall file a motion for preliminary approval of the settlement on or before January 22, 2007.

3. The hearing on the motion for preliminary approval shall occur at 2:00 p.m. on February 5, 2007, ~~or the first date thereafter that it is convenient for the Court to hear the motion, which is _____, 2007 at _____ a.m./p.m.~~

IT IS SO ORDERED.

Dated: 12/28/06

MARILYN HALL PATEL
U.S. DISTRICT COURT JUDGE

Firmwide:81803568.1 028164.1044

STIPULATION AND ORDER CONTINUING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

3.

CASE NO. C 05 01777 MHP