1  ARTHUR M. EIDELHOCH, Bar No. 168096
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108
4  Telephone:  415.433.1940
   Facsimile:   415.399.8490
5
   Attorneys for Defendant
6  BEBE STORES, INC.

7  STEPHEN P. CONNOR
   ANNE-MARIE SARGENT
8  CONNOR & SARGENT PLLC
9  999 Third Avenue, Suite 4200
   Seattle, Washington 98104
10 Telephone:  206.654.5050
   Facsimile:   206.624.5469
11

12 GARY F. LYNCH
   CARLSON LYNCH LTD.
13 36 N. Jefferson Street
   P.O. Box 7635
14 New Castle, PA 16107
   Telephone:  724.656.1555
15 Facsimile:   724.656.1556

16
   Attorneys for Plaintiff
17 LAUREN TARLECKI

18                    UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  LAUREN TARLECKI, on behalf of herself and a class of similarly situated employees, | Case No. C-05-01777 MHP |
| 22             Plaintiffs, | **STIPULATION AND ORDER CONTINUING DATES FOR MOTION TO AMEND THE COMPLAINT AND FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| 23       v. | |
| 24  BEBE STORES, INC., a Delaware corporation, | |
| 25             Defendant. | |

## STIPULATION

WHEREAS, on February 5, 2007, the Court heard argument on the parties' joint motion to amend the complaint and for preliminary approval of settlement;

WHEREAS, after hearing oral argument the Court continued the hearing until March 5, 2007; and

WHEREAS, the Court subsequently entered an Order continuing the hearing date until April 9, 2007, a date on which counsel for Plaintiff is not available; and

WHEREAS, the Parties continue to review and evaluate the settlement in light of the Court's February 5, 2007 comments from the Bench and request additional time to confer and negotiate, and to prepare an appropriate submission for the Court to be filed on Monday, April 2, 2007.

THEREFORE, the Parties STIPULATE, AGREE and REQUEST AN ORDER which continues the April 9, 2007 hearing date to April 16, 2007, a date on which Counsel for both sides is available and a date on which the Court's out-going message stated the Court's calendar has time available.

IT IS SO STIPULATED.

Dated: March 30, 2007

_____
ANNE-MARIE SARGENT
CONNOR & SARGENT
Attorneys for Plaintiff
LAUREN TARLECKI

Dated: March 30, 2007

_____
ARTHUR M. EIDELHOCH
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BEBE STORES, INC.

*per telephonic authorization*

---

STIPULATION AND ORDER CONTINUING DATES FOR MOTION TO AMEND THE COMPLAINT AND FOR PRELIMINARY APPROVAL OF   |   1   |   CASE NO. C 05 01777 MHP

## ORDER

Having considered the parties' STIPULATION CONTINUING DATES FOR MOTION TO AMEND THE COMPLAINT AND FOR PRELIMINARY APPROVAL OF SETTLEMENT, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The hearing set in this matter on April 9, 2007, at 2:00 p.m. is continued to April 16, 2007 at 2:00 p.m.

IT IS SO ORDERED.

Dated: April 4, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento CA 95833-4227
916 561 5300

STIPULATION AND ORDER CONTINUING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

2.

CASE NO. C 05 01777 MHP