UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAUREN TARLECKI,

        Plaintiff,                              No. C 05-01777 MHP

  v.

BEBE STORES, INC.                            **ORDER**

        Defendant.

_____/

On April 16, 2007 the court held the second of two hearings on the parties' joint motion to amend the complaint and for preliminary approval of class action settlement. At the most recent hearing, the court expressed its concern with several aspects of the proposed notice to be provided to potential class members. The court ordered that the parties amend the notice and claim form.

In accordance with the court's instructions at the hearing, IT IS HEREBY ORDERED that:

    1) The notice should state clearly that class members are not settling all wage and hour claims but only those relating to defendant's alleged uniform policy.

    2) The notice should include a statement indicating that participation in the settlement may waive certain rights to statutory damages under some of the state law claims.

    3) The class definition must include a statement to the effect that the settled claims are limited to those based on out-of-pocket expenditure for defendant's merchandise.

    4) With respect to the state law claims, the notice and claim form should indicate clearly that submitting a claim form accomplishes two things: a) participation in the settlement.; b) an indication that the class member is not opting out of the state law class and will be bound by the settlement and barred from pursuing her own state law

1 claims.

2 5) A revised notice and claim form must be submitted no later than thirty (30) days
3 from the date of this order.

6 Dated: April 26, 2007

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

2