**The Honorable Marilyn H. Patel**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN TARLECKI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BEBE STORES, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.  C-05-01777 MHP<br><br>**PLAINTIFFS' THIRD MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND TO ADDRESS DELAY IN GRANTING FINAL APPROVAL**<br><br>Date: February 23, 2009<br>Time: 2:00 p.m.<br>Courtroom:　15<br>Judge:　　Honorable Marilyn Hall Patel |

　　　　Plaintiffs file this third motion for final approval of class action settlement, and to address this Court's delay in entering the order and judgment on final approval of this class action settlement.

　　　　This class action settlement was preliminarily approved by this Court on January 25, 2008.  Plaintiffs filed their motion for final approval of the settlement on May 5, and the Court heard argument on Plaintiffs' Motion for Final Approval of Class Action Settlement on May 19, 2008.  On May 23, 2008, this Court requested additional information about the total value of the settlement.  This information, in the form of the Second Declaration of Amanda

PLAINTIFFS' THIRD MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND TO ADDRESS DELAYS IN ENTERING FINAL ORDER AND JUDGMENT
(C05-01777 MHP) - 1

**CONNOR & SARGENT PLLC**
1200 Fifth Avenue, Suite 1650
Seattle WA 98101
(206) 654-5050 • FAX (206) 654-0011

1  Myette (from Rust Consulting, the settlement administrator) and the Second Declaration of

2  Stephen Connor, one of the class counsel, was provided to this court on May 23, 2008.

3        On June 19, 2008, Plaintiffs filed a Request for Status on Plaintiffs' Motion for Final

4  Approval of the Class Action Settlement. This court issued no response to Plaintiffs' request.

5  On or about September 17, 2008, Plaintiffs filed a second motion for final approval of the

6  settlement, noted for hearing on October 6, 2008. This Court struck the hearing and said that

7  the motion would be heard on the pleadings. To date, this Court has issued no final order and

8  judgment.

9        Plaintiffs' counsel have been contacted by numerous class members inquiring as to

10  the status of this case and payments. Plaintiffs' counsel are also concerned that many

11  participating class members may be lost due to new contact information unknown to the

12  settlement administrator.

13        Plaintiffs respectfully request that this Court sign the order and judgment submitted

14  with Plaintiffs' Motion for Final Approval of Class Action Settlements (copies will be re-filed) so that the parties may complete the settlement administration of this case and conclude

15  this matter. In the alternative, Plaintiffs request an audience with this Court on February 23,

16  2009, to address how the case may proceed.

17  DATED January 22, 2009.                              CONNOR & SARGENT PLLC
                                                        STEPHEN P. CONNOR
18                                                      ANNE-MARIE E. SARGENT

19

20                                                      By/s/Anne-Marie E. Sargent
                                                        Stephen P. Connor
21                                                      Anne-Marie E. Sargent

22                                                      CARLSON LYNCH LTD
                                                        Gary Lynch
23                                                      Bruce Carlson

24                                                      Attorneys for Plaintiffs and Class

25

PLAINTIFFS' THIRD MOTION FOR FINAL APPROVAL          **CONNOR & SARGENT** PLLC
OF CLASS ACTION SETTLEMENT AND TO ADDRESS            1200 Fifth Avenue, Suite 1650
DELAYS IN ENTERING FINAL ORDER AND                   Seattle WA 98101
JUDGMENT                                             (206) 654-5050 • FAX (206) 654-0011
(C05-01777 MHP) - 2