ARTHUR M. EIDELHOCH, Bar No. 168096
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
BEBE STORES, INC.

STEPHEN P. CONNOR
ANNE-MARIE SARGENT
CONNOR & SARGENT PLLC
1200 Fifth Avenue, Suite 1650
Seattle, Washington 98101
Telephone: 206.654.5050
Facsimile: 206.654.0011

GARY F. LYNCH
CARLSON LYNCH LTD.
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107
Telephone: 724.656.1555
Facsimile: 724.656.1556

Attorneys for Plaintiffs
LAUREN TARLECKI, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN TARLECKI, on behalf of herself and a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>BEBE STORES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-05-01777 MHP<br><br>**STIPULATION AND ORDER CONTINUING DATE TO FILE JOINT STATEMENT IN ADVANCE OF AUGUST 3, 2009 STATUS CONFERENCE** |

STIP. & ORD. CONTINUING DATE TO FILE JT. STATEMENT IN ADVANCE OF AUG. 3, 2009 STATUS CONFERENCE

CASE NO. C 05 01777 MHP

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

**STIPULATION**

1. On May 14, 2009, the Court issued its Memorandum & Order Re: Plaintiffs' Motion for Final Approval, Attorneys' Fees, Costs and Incentive Awards. In the Memorandum & Order, the Court ordered the parties to meet and confer regarding certain matters and to file a joint statement by July 14, 2009.

2. The Court set this matter for a status conference on August 3, 2009, at 2:00 p.m.

3. Due to personal and professional obligations of counsel, the parties jointly request an extension of time to July 20, 2009 to file the joint statement.

ACCORDINGLY, the Parties STIPULATE, AGREE and REQUEST AN ORDER which continues the filing date for the joint statement to July 20, 2009.

IT IS SO STIPULATED.

Dated: July 1, 2009

ANNE-MARIE SARGENT
CONNOR & SARGENT
Attorneys for Plaintiffs
LAUREN TARLECKI

Dated: July 1, 2009

ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BEBE STORES, INC.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

STIP. & ORD. CONTINUING DATE TO FILE JT. STATEMENT IN ADVANCE OF AUG. 3, 2009 STATUS CONFERENCE

1

CASE NO. C 05 01777 MHP

**ORDER**

Having considered the parties' STIPULATION and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The parties' joint statement shall be filed on or before July 20, 2009.

IT IS SO ORDERED.

Dated: July 2, 2009

_____
IT IS SO ORDERED
Judge Marilyn H. Patel

Firmwide:90752213.1 028164.1044

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

STIP. & ORD. CONTINUING DATE TO FILE JT. STATEMENT IN ADVANCE OF AUG. 3, 2009 STATUS CONFERENCE

2.

CASE NO. C 05 01777 MHP