UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN TARLECKI, et al., individually and on behalf of a class of similarly situated employees,<br><br>    Plaintiffs,<br><br>  v.<br><br>BEBE STORES, INC.,<br><br>    Defendant / | No. C 05-01777 MHP<br><br>**ORDER**<br>**Re: Additional Submissions and Motion for Final Approval of Settlement** |

      Previous motions for final settlement approval and attorneys' fees having been denied without prejudice with orders to meet and confer and make file further submissions, the parties now have suggested a new agreement regarding the division of the fund set aside for attorneys' fees. The suggested terms provide for a $290,000 fund to be divided between attorneys' fees and costs and a *cy pres* fund. Class counsel has suggested attorneys' fees of $150,000, subject to a determination of reasonableness. The court is favorably disposed to the parties' suggestion. To give the court an opportunity to fully consider this new agreement, the parties are hereby ordered to submit the following additional materials, within thirty (30) days of the date of this order:

      1. A written statement of the new terms of settlement describing with specificity (1) the total amount to be recovered by the 2,017 members of the class in either cash or in gift cards and (2) the

exact amount to be divided among attorneys' fees, plaintiffs' costs, incentives for named plaintiffs, and a *cy pres* fund to be determined by the court;

    2. Declarations of class counsel, certified under penalty of perjury, documenting in detail the work performed by class counsel on behalf of the class, including, at a minimum, the following information: (1) the identity of the billing attorney; (2) the hourly rate for that attorney at the time; (3) a comparison with the rates billed by peer attorneys in the relevant market; (4) a description of the task performed; and (5) number of hours devoted to the task. The court prefers contemporaneous time records. If contemporaneous time records are not available, class counsel may attempt to reconstruct such records by providing, at a minimum, the information listed above.

    3. Declarations of class counsel, certified under penalty of perjury, documenting in detail the costs incurred by the class in litigating this matter.

    Finally, the parties may introduce a fourth motion for final settlement approval and attorneys' fees. The briefs, if any, shall be limited to issues not already addressed by previous motions.

    IT IS SO ORDERED.

Dated: August 3, 2009

MARILYN HALL PATEL  
United States District Court Judge  
Northern District of California