IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN TARLECKI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BEBE STORES, INC. (a California Corporation),<br><br>    Defendant. | Case No. CV 05-01777 MHP |

**FINAL JUDGMENT**

IT IS HEREBY ADJUDGED AND DECREED THAT:

      1.  The settlement of this class and collective action on the terms set forth in the parties' Settlement Agreement and Release, with Exhibits (collectively, the "Settlement Agreement"), signed and filed on October 10, 2007 (and re-filed on November 19, 2007), is approved, and the following Plaintiff Class is granted certification for settlement purposes only under Fed.R.Civ.P.23(a), (b)(3) and (c)(3): all female, hourly paid, non-management store employees who worked in a sales or support position at one or more of bebe's stores in the United States or Puerto Rico during the period May 1, 2003 to March 9, 2006 or at one or more of bebe's stores in the State of California during the period of July 1, 2002 to March 9, 2006, or at one or more of bebe's stores in the State of Illinois during the period of September 15, 2001 to March 9, 2006, or at one or more of bebe's stores in the States of New York or Oregon during the period of September 15, 2000 to March 9, 2006 who have not timely opted out of the Class. The collective action under Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. (the "FLSA") is certified consisting of all Plaintiff Class Members who submitted a timely Claim Form.

2. Unless otherwise provided herein, all capitalized terms in this Final Judgment shall have the same meaning as set forth in the Settlement Agreement.

3. Individual notice complying with Fed.R.Civ.P.23(c)(2), 23(e), and Section 216(b) of the FLSA was sent to each reasonably identifiable Class Member's last-known address and follow-up procedures outlined in the Notice Plan were completed on behalf of the parties. With respect to the state law claims, the Court finds the named Plaintiffs and Plaintiff Class Members as defined in the Settlement Agreement (all Class Members who have not timely opted out of the settlement) are bound by the Final Judgment. With respect to the FLSA claims, the Court finds that all named Plaintiffs and Participating Class Members (all Class Members who timely filed a Claim Form and therefore opted in to the FLSA collective action) are bound by the Final Judgment.

4. The claims in this action are dismissed on the merits and with prejudice according to the terms and conditions set forth in the parties' Settlement Agreement and in the Court's Final Order Approving Class Action Settlement, dated November 3, 2009, without costs to any party except as provided therein.

FINAL JUDGMENT is hereby entered in accordance with Fed.R.Civ.P.58 this __6th__ day of __January__, ~~2009~~. 2010.

_____
HONORABLE MARILYN HALL PATEL
UNITED STATES JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:81491338.1 028164.1044

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)